UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELA D. PEREZ,<br><br>                 Petitioner,<br><br>      -against-<br><br>ARIZONA SUPREME COURT,<br><br>                 Respondent. | 26-cv-4205 (GBD)<br><br>CIVIL JUDGMENT |

For the reasons stated in the June 17, 2026, order, the Court dismisses this action as frivolous.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 24, 2026
          New York, New York

                         /s/  George B. Daniels
                           GEORGE B. DANIELS
                     United States District Judge